IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRUCT OF ARKANSAS
JONESBORO DIVISION

TAMMT HARGETT, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                      PLAINTIFFS

vs.                              No. 3:16cv200-JM-BD

REVCLAIMS, LLC; ST. BERNARD'S
HOSPITAL, INC.; ST. BERNARDS' COMMUNITY
HOSPITAL CORPORATION; BAPTIST HEALTH;
WHITE RIVER HEALTH SYSTEM, INC.; AND
JOHN DOES 1-100                                                         DEFENDANTS

## ORDER

Pursuant to the parties' stipulation (Docket No. 84), this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 30th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE